UNITED STATES of America,
Plaintiff–Appellee

v.

Ruben Dario REYES, Jr.,
Defendant–Appellant.

No. 09–40593
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 12, 2010.

Ernest Gonzalez, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff–Appellee.

Ruben Dario Reyes, Jr., Beaumont, TX, pro se.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ruben Dario Reyes, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Reyes has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.